Eddie HATCHER, Plaintiff–Appellant,

v.

Sid HARKLEROAD, Superintendent at Marion Correctional Institution; Boyd Bennett, Director of Prisons at NC Doc; Theodis Beck, Secretary of NC Doc, Defendants–Appellees.

No. 02–6411.

United States Court of Appeals, Fourth Circuit.

Submitted May 16, 2002.

Decided May 28, 2002.

Eddie Hatcher, Appellant Pro Se.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Eddie Hatcher appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Hatcher v. Harkleroad,* No. CA–02–25–1–1–MU (W.D.N.C. Feb. 26, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*